**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-6954**

DAVID ATKINS, JR.,

Plaintiff - Appellant,

versus

CORRECTIONAL OFFICER DAY; LIEUTENANT BARKER,
Correctional Officer; CORRECTIONAL OFFICER
SCROGINS; NURSE SALMON; JANE DOE, Nurse,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-00-1699-AM)

Submitted: October 17, 2001       Decided: November 20, 2001

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Atkins, Jr., Appellant Pro Se. Mark Charles Nanavati, SINNOTT, NUCKOLS & LOGAN, P.C., Midlothian, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Atkins, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Atkins v. Day</u>, No. CA-00-1699-AM (E.D. Va. filed May 8, 2001; entered May 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>